IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:11-mc-007-WDS-DGW |
| STATE OF ILLINOIS, a state in the United States of America; CRAWFORD COUNTY, IL, a county in the State of Illinois; THOMAS R. WISEMAN, individually and in his official capacity as Crawford County, IL State's Attorney; et. al. | ) |
| Defendants. | ) |

**ORDER**

The Court takes up the matter of jurisdiction on its own motion. Before the Court is Plaintiff's Notice of Removal Under Federal Question Jurisdiction (Doc. 1) (7 pages); Complaint and Demand for Jury Trial (Doc. 1-1) (104 pages); and various documents (Doc. 1-2) (166 pages). Plaintiff is granted until **February 28, 2011**, to file any supplemental pleading that is relevant to the issue of jurisdiction.

**DATED:** February 9, 2011

**DONALD G. WILKERSON**
**United States Magistrate Judge**