# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON, | ) |
| Plaintiff, | ) |
| v. | ) NO.11-MC-07-WDS |
| STATE OF ILLINOIS, a state in the United States of America; CRAWFORD COUNTY, IL, a county in the State of Illinois; THOMAS R. WISEMAN, individually and in his official capacity as Crawford County, IL State's Attorney, et al., | ) |
| Defendants. | ) |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court on a Report and Recommendation of United States Magistrate Judge Donald G. Wilkerson that the Court find that the removal of this action was improper and summarily remand this case to the Circuit Court for the Second Judicial Circuit, Crawford County, Illinois. To date, no objections have been filed to the Report and Recommendation, accordingly, the Court **ADOPTS** the recommendation of the Magistrate Judge, **FINDS** that the removal of this matter was improper and this case is hereby **REMANDED** to the Circuit Court for the Second Judicial Circuit.

**IT IS SO ORDERED.**

**DATE:  13 April, 2011**

/s/  WILLIAM D. STIEHL
        DISTRICT JUDGE